(92 South. 927)

WILSON v. STATE. (3·Div. 392.) (Court of Appeals of Alabama. Feb. 21, 1922.) Appeal from Circuit Court, Autauga County; B. K. McMorris, Judge. Harwell G. Davis, Atty. Gen., for the State.

MERRITT, J. Appeal dismissed.

(92 South. 927)

WISDOM v. STATE. (8 Div. 873.) (Court of Appeals of Alabama. Feb. 7, 1922.) Appeal from Circuit Court, Lauderdale County; C. P. Almon, Judge. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. Appeal dismissed.

(93 South. 927)

WOMACK v. STATE. (6 Div. 18.) (Court of Appeals of Alabama. May 9, 1922.) Appeal from Circuit Court, Jefferson County; A. B. Foster, Judge. Graham Perdue, of Birmingham, for the State.

MERRITT, J. This is an appeal from a conviction of violating a city ordinance, and must be dismissed on motion, for want of assignment of errors. Dreyfus v. City of Montgomery, 4 Ala. App. 270, 58 South. 730; Perry v. State, 1 Ala. App. 253, 55 South. 1035.

(93 South. 927)

WOODHAM v. STATE. (4 Div. 735.) (Court of Appeals of Alabama. June 13, 1922.) Appeal from Circuit Court, Dale County; J. S. Williams, Judge. Harwell G. Davis, Atty. Gen., for the State.

MERRITT, J. Appeal dismissed, on motion of Attorney General.

(89 South. 927)

WOODS v. STATE. (6 Div. 847.) (Court of Appeals of Alabama. May 17, 1921.) Appeal from Circuit Court, Jefferson County; William 'E. Fort, Judge. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. No bill of exceptions. No error·of record. Affirmed.

(88 South. 927)

WOODWARD IRON CO. v. WILLIS. (6 Div. 780.) (Court of Appeals of Alabama. Jan. 22, 1921.) Appeal from Circuit Court, Jefferson County; Horace C. Wilkinson, Judge. Nesbit & Sadler, of Birmingham, for appellant. Prosch & Prosch, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed by agreement of parties.

(90 South. 927)

WOOTEN v. STATE. (8 Div. 756.) (Court of Appeals of Alabama. April 5, 1921.) Appeal from Circuit Court, Lauderdale County; C. P. Almon, Judge. Mitchell & Hughston, of Florence, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. Affirmed, on the authority of State v. Wooten, ante, p. 69, 88 South. 348.

(92 South. 927)

YATES v. STATE. (8 Div. 927.) (Court of Appeals of Alabama. April 11, 1922.) Appeal from Morgan County Court; W. T. Lowe, Judge. E. C. Nix, of Albany, for appellant. Harwell G. Davis, Atty. Gen., for the State.

MERRITT, J. No bill of exceptions, and the record proper is without error. Affirmed.